UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                             CHAPTER 7 CASE

Andrew Donavon Sager                 CASE NO. 09-47034

                              Debtor(s).                        ORDER

The above entitled matter came before the court on the motion of U.S. Bank National Association, its successors and/or assigns (hereinafter "Movant"), seeking relief from the stay of actions imposed by 11 U.S.C. § 362. Based upon all of the files and records,

IT IS HEREBY ORDERED:

1. That Movant, its assignees and/or successors in interest, is granted relief from the stay of actions imposed by 11 U.S.C. § 362 with regard to that certain mortgage deed dated June 18, 2002, executed by Andrew D. Sager, a single person, recorded on July 19, 2002, as Document No. 3576851, covering real estate located in Hennepin County, Minnesota, legally described as follows, to wit:

      Lot 8, Block 1, Nancy Lou Addition

and may pursue its remedies under state law in connection with the subject note and mortgage deed.

2. That notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.

Dated: January 21, 2010

/e/ Nancy C. Dreher
Chief Judge of Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 01/21/2010
Lori Vosejpka, Clerk, by KK